UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. NO. 04-10151-GAO |
| | ) VIOLATIONS: 18 U.S.C. §1623 |
| JOSEPH "GUCCI" FILIPE | ) (Perjury) |
| | ) 18 U.S.C. §1503 |
| | ) (Obstruction of |
| | ) Justice) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Perjury)

1. At all times material to this Indictment, **JOSEPH "GUCCI" FILIPE**, was shift manager at the King's Inn strip club in Dartmouth, MA.

2. On or about June 27, 2002, in the District of Massachusetts, the defendant

**JOSEPH "GUCCI" FILIPE**

while under oath and testifying in a proceeding before a Grand Jury of the United States in the District of Massachusetts, knowingly did make a false material declaration as set forth below in paragraphs 3 through 5 of this Indictment.

3. At the time and place stated above, the Grand Jury was conducting an investigation into various criminal offenses occurring in the Fall River area, including but not limited to

extortion, in violation of Title 18, United States Code, Section 1951; drug trafficking, in violation of Title 21, United States Code, Sections 841 and 846; and racketeering activity in violation of Title 18, United States Code, Sections 1961-63. It was material to this investigation that the Grand Jury determine, among other things, the scope of criminal activity conducted by Timothy Mello and the Timothy Mello criminal organization including an extortionate scheme whereby **JOSEPH "GUCCI" FILIPE** paid money to Mello in exchange for protection of the King's Inn and himself.

4.  At the time and place stated above, **JOSEPH "GUCCI" FILIPE**, appearing as a witness and testifying under oath at a proceeding before the Grand Jury, testified that he did not make payments to Timothy Mello and was not aware of Mello's involvement in criminal activity. Specifically, **JOSEPH "GUCCI" FILIPE**, while testifying under oath before the Grand Jury on June 27, 2002, knowingly made the following declarations in response to questions with respect to matters material to the Grand Jury investigation:

> Q   Okay. Do you, are you aware of any money being paid to Mr. Mello on behalf of the King's Inn?
>
> A   **No**.
>
> Q   You're not aware of that?
>
> A   **No, I'm not**.

Q   Have you, yourself, ever paid any money to Timothy Mello?

A   **No, absolutely not.**

Q   Not, not a dime?

A   **Not a dime.**

Q   Are you aware of anyone who works at the King's Inn who may have paid him some money?

A   **No.**

Q   You know nothing about any money going—

A   **No, I, I don't know any -- he doesn't work there. He has nothing to do with the place.**

\* \* \* \* \*

Q   Are you aware that Mello's involved in criminal activity?

A   **No, I am not.**

Q   You have no knowledge of that?

A   **I have no knowledge of any criminal activity that Timothy Mello does.**

Q   Okay. And what is it you think he does for a living?

A   He works at a fish house or he owns a fish house.

Q   Okay. You think that's the only thing he does for a living?

A   **That's the only thing I know that he does for a living.**

Q   As far as you know.

A   **As far as I know, that's the only thing he does.**

5.   The declarations of the defendant **JOSEPH "GUCCI" FILIPE**, underscored and in bold type in paragraph 4 above, as he then and there well knew and believed, were false in the following ways: a) **FILIPE** paid cash to Timothy Mello on numerous occasions; b) **FILIPE** made these payments in exchange for protection of the King's Inn strip club; and c) **FILIPE** was aware of the fact that Timothy Mello was engaged in illegal activity.

All in violation of Title 18, United States Code, Section 1623.

## COUNT TWO
(Obstruction of Justice)

6. On or about June 27, 2002, in the District of Massachusetts, the defendant

**JOSEPH "GUCCI" FILIPE**

did corruptly endeavor to influence, obstruct, and impede the due administration of justice in that the defendant **FILIPE** did knowingly and willfully make false and misleading declarations before the Grand Jury with intent to obstruct and impede the Grand Jury investigation as set forth in Count One of this Indictment, the factual allegations of which are incorporated by reference as though fully set forth herein.

All in violation of Title 18, United States Code, Section 1503.

A TRUE BILL

*[signature: Maria MacKenzie]*
FOREMAN OF THE GRAND JURY

*[signature: BTK]*
Brian T. Kelly
Frank M. Gaziano
Assistant U.S. Attorneys

**DISTRICT OF MASSACHUSETTS**     May  13, 2004 @ 1:00 PM

Returned into the District Court by the Grand Jurors and filed.

*[signature: Brown]*
Deputy Clerk