AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        Massachusetts

United States
v.
Joseph Filipe

**APPEARANCE**

Case Number: CR04- 10151

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for        Joseph M. Filipe

I certify that I am admitted to practice in this court.

May 19, 2004
Date

Signature

Andrew B. Saunders        500645
Print Name                        Bar Number

700 Pleasant St
Address

New Bedford  MA  02740
City        State        Zip Code

(508) 999-0600
Phone Number        Fax Number

FILED
In Open Court
USDC, Mass.
Date 5-19-04
By
Deputy Clerk