UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

Crim. No. 04-10151-GAO

V.

JOSEPH FILIPI

## MOTION TO MODIFY RESIDENCE RESTRICTION

The defendant respectfully petitions this court to modify the Residence restrictions placed on him as condition of his release in this case so that he may change his residence from Dartmouth Massachusetts to Fall River, Massachusetts.

As background the defendant appeared before this court on May 20, 2004 for the purpose of setting conditions of release. The defendant primary residence is in Dartmouth, MA. He was ordered released on conditions which, inter alia, ordered him to "maintain residence and do not move without prior permission of the Court." The defendant respectfully requests permission to temporarily move to Fall River, Massachusetts.

Undersigned counsel has spoken with Assistant United Attorney Brian T. Kelly and Pretrial Services Officer September-Lee Brown about this motion to modify the residing restrictions in this case. Undersigned counsel represents that neither counsel for the



F I L E D
In Open Court
USDC, Mass.
Date 5-26-04
By [signature]
Deputy Clerk

government nor the Pretrial Services officer has any objection to this proposed change to the defendant's release conditions.

WHEREFORE, the defendant respectfully requests that this motion to modify the travel restriction in this case be granted.

By his Attorney,
Saunders & Michaud LLP

Andrew B. Saunders
700 Pleasant Street
New Bedford, MA 02740
508-999-0600
B.B.O # 560645

## CERTIFICATE OF SERVICE

I, Andrew B. Saunders, do herby certify that a copy of the foregoing motion was served upon Assistant United States Attorney Brian T. Kelly this 26th day of May, 2004.

Andrew B. Saunders