AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSEPH "GUCCI" FILIPE

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-10151-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOSEPH "GUCCI" FILIPE
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
perjury and obstruction of justice

in violation of
Title  18   United States Code, Section(s) 1623, 1503

Theresa Catino
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Theresa Catino
Signature of Issuing Officer

May 14, 2004 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  5/19/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.