AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASS**

UNITED STATES
vs.
JOSEPH FILIPE,
Defendant

**APPEARANCE**

Case Number: CR. No. 04-10151-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *the defendant*

I certify that I am admitted to practice in this court.

Date: 7/7/04

Signature: *Francis J. DiMento*

Print Name: FRANCIS J. DiMENTO    Bar Number: 125000

Address: 7 FANEUIL MARKETPLACE

City: BOSTON   State: MA   Zip Code: 02109-1649

Phone Number: 617-523-2345   Fax Number: 617-523-2346

E-MAIL: FJD@DIMENTOSULLIVAN.COM

FILED
In Open Court
USDC, Mass.
Date 7-7-04
By ___
Deputy Clerk