UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                                CRIMINAL CASE
V.                                                              NO. 04-10151 GAO

JOSEPH "GUCCI" FILIPE
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On July 7, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. Anticipated supplemental discovery will be minimal;

4. There is no discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: May 19, 2004, through May 26, 2004 (7 days); May 26, 2004 through June 23, 2004 (28 days); and June 23, 2004, through July 7, 2004 (14 days) for a total of 50 days as of July 7, 2004. The government and defense will file a joint motion for any applicable periods of excludable delay. The total amount of time to proceed to trial is seventy (70) days as of July 7, 2004;

6. Trial is not anticipated. If a trial becomes necessary, then the estimated duration of a trial is four (4) days;

7. There are no other matters.

        IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. A **Final Status Conference** is scheduled at **11:00 a.m.** on **August 24, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                                HONORABLE JOYCE LONDON ALEXANDER
                                                U.S. MAGISTRATE JUDGE

                                                By the Court:

<u>August 13, 2004</u>                            <u>/S/ Rex Brown           </u>
Date                                          Courtroom Clerk
                                            (617) 748-9238