UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSEPH "GUCCI" FELIPE
    Defendant

CRIMINAL CASE
NO. 04-10151 GAO

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On September 14, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: May 19, 2004, through May 26, 2004 (8 days); May 26, 2004 through June 23, 2004 (28 days); June 23, 2004, through July 7, 2004 (14 days); July 7, 2004, through July, 14, 2004 (7 days); July 14, 2004, August 24, 2004 (42 days); and August 24, 2004, through September 14, 2004 (22 days), for a total of 121 days as of September 14, 2004. The government and defense will file a joint motion for any applicable periods of excludable delay. The total amount of time to proceed to trial is seventy (70) days as of September 14, 2004. There are no anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi by the defendant;

7. There are no anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

8. A briefing schedule is not necessary;

9. Early resolution of the case without trial is likely;

10. Trial is not necessary;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

A **further Final Status Conference** is scheduled at **3:30 p.m.** on **October 5, 2004,** in Courtroom 24, 7th floor.  Upon notice from the parties that all outstanding matters from the final status conference have been resolved, the Court will return the case to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Rex Brown
    Courtroom Clerk

<u>September 21, 2004</u>
Date