UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 04-10151-GAO |
| | ) |
| JOSEPH "GUCCI" FILIPE, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ORDER RE: EXCLUDABLE DELAY**
(ASSENTED TO)

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the United States of America, by and through its undersigned counsel hereby moves that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period:

a.   The time period from May 26, 2004 through and including June 23, 2004, which is the time period between the date of defendant Joseph Filipe's arraignment and the time needed for the parties to be developing their discovery plans and producing discovery under the automatic discovery process.  18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(2).

b.   The time period from June 23, 2004 through and including July 7, 2004, which is the additional time period needed by the defendant to review and analyze discovery prior to filing pertinent motions and the time period before the initial status conference scheduled for July 7, 2004. Accordingly, the

ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Defense counsel has indicated that he does not oppose this motion. Accordingly, the government respectfully requests that this Motion be allowed, and that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the above time period, as set forth in the accompanying proposed order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney

Dated: May 28, 2004

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            May 28, 2004

I, Brian T. Kelly, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by first-class mail upon defense counsel in the above captioned case.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney