UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10151-GAO |
| ) | |
| JOSEPH "GUCCI" FILIPE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF EXCLUDABLE DELAY**

In accordance with 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time period be excluded from the calculation of the time within which the trial of this matter must commence:

a.   The time period from May 26, 2004 through and including June 23, 2004, which is the time period between the date of defendant Joseph Filipe's arraignment and the time needed for the parties to be developing their discovery plans and producing discovery under the automatic discovery process.   18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(2).

b.   The time period from June 23, 2004 through and including July 7, 2004, which is the additional time period needed by the defendant to review and analyze discovery prior to filing pertinent motions and the time period before the initial status conference scheduled for July 7, 2004.  Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately

prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

/s/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

Dated: 6/7/04