08/25/04
Sky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                           )
         v.                ) Crim. No. 04-10151-GAO
                           )
JOSEPH "GUCCI" FILIPE,     )
                           )
         Defendant.        )

## MOTION FOR CONTINUANCE AND ORDER RE: EXCLUDABLE DELAY
### (ASSENTED TO)

The United States of America, by and through its undersigned counsel, hereby moves to postpone the status conference currently scheduled for August 24, 2004 until September 14, 2004. The parties believe this is the time period needed to finalize plea discussions and the time period needed for the defendant to review the discovery produced to date. Accordingly, pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the government hereby moves that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period:

a.  The time period from August 24, 2004 through and including September 14, 2004, which is the additional time period needed by the defendant to review and analyze discovery prior to filing pertinent motions and the time period needed to finalize plea discussions. Accordingly, the ends of justice are best

8/26/04 [signature], M.J. Allowed. Continued to 9/14/04 at 2:15 P.M.

served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

This motion is assented to by the defense. Accordingly, the government respectfully requests that this Motion be allowed, and that the Court continue the status conference date until September 14, 2004 and enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the above specified time period.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney

Dated: August 23, 2004

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            August 23, 2004

I, Brian T. Kelly, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by fax and first-class mail upon defense counsel in the above captioned case.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney

2