UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | Crim. No. 04-10151-GAO |
| ) | |
| JOSEPH FILIPE,                                  ) | |
| ) | |
| Defendant.                          ) | |

## DEFENDANT'S UNOPPOSED MOTION TO AMEND SPECIAL CONDITIONS OF PRETRIAL RELEASE

The defendant moves that his special conditions of pretrial release be amended so as to permit transfer of his residence to 583 Reed Road, Dartmouth, Massachusetts 02747.

Defendant states that his wife has vacated the Reed Road residence and moved to Rhode Island. Defendant now wishes to move back into the residence and make a home there for himself and his three minor children, ages 7, 4 and 2.

Neither Pretrial Services Officer September Brown nor Assistant U.S. Attorney Brian T. Kelly has any objection to this motion.

By his attorney,

September 21, 2004

Francis J. DiMento
BBO No. 125000
DiMENTO & SULLIVAN
7 Faneuil Marketplace
Boston, MA 02109
617-523-2345

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing motion to be sent by mail on September 21, 2004, to Brian T. Kelly, AUSA, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and September Brown, Pretrial Services Officer, 1 Courthouse Way, Suite 1300, Boston, MA 02210.

Francis J. DiMento