UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>JOSEPH FILIPE,    )<br>)<br>)<br>Defendant.    ) | Crim. No. 04-10151-GAO |

**DEFENDANT'S MOTION FOR PRETRIAL CONFERENCE**

The defendant moves that the Court schedule a pretrial conference for the purpose of resolving potential <u>Blakely</u> issues.

By his attorney,

October 6, 2004

Francis J. DiMento
BBO No. 125000
DiMENTO & SULLIVAN
7 Faneuil Marketplace
Boston, MA 02109
617-523-2345

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing motion to be sent by mail on October 6, 2004, to Brian T. Kelly, AUSA, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Francis J. DiMento