UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10151 GAO

JOSEPH "GUCCI" FELIPE
    Defendant

REPORT & ORDER ON
FURTHER FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On October 5, 2004, the parties appeared before this Court for a Further Final Status Conference. In that a plea agreement had not been reached , the case was returned to the District Judge for a Pre-Trial Conference. It must be noted that the parties indicated that plea negotiations were on-going. At the hearing, the parties made oral motion to exclude the time from July 7, 2004 through August 24, 2004 and September 14, 2004, through October 5, 2004. The Court ORDERED that after the parties reduced their motion to writing, the Court would allow said motion. As of this date, the parties have not provided a written motion for excudable delay of the aforementioned time periods.

                HONORABLE JOYCE LONDON ALEXANDER
                UNITED STATES MAGISTRATE JUDGE
                By the Court:

                /S/ Rex Brown
                Rex Brown
                Courtroom Clerk

<u>January 12, 2005</u>
Date