UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10151-GAO |
| ) | |
| JOSEPH "GUCCI" FILIPE, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

The parties respectfully request that the Court exclude the time from July 7, 2004 through August 24, 2004 as well as the time from September 14, 2004 through October 5, 2004 on the grounds that discovery was being exchanged and the defendant needed this time to analyze the automatic discovery materials and to prepare for trial. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: January 6, 2005     By: /s/ Brian T. Kelly
                              BRIAN T. KELLY
                              Assistant U.S. Attorney


Dated: January 6, 2005     By: BK for FJD
                              Francis J. Dimento, Esq.
                              Counsel for Defendant Filipe