UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                                          )          Cr. No. 04-10151-GAO
     v.                         )
                                            )
JOSEPH FILIPE,              )
     Defendant.            )

## DEFENDANT'S ASSENTED-TO MOTION FOR AMENDMENT OF RELEASE CONDITIONS

The defendant moves that the Order Setting Conditions of Release, dated May 19, 2004, be amended by adding thereto the following provision:

> The defendant is permitted to travel to Miami Beach, Florida, leaving Boston on April 1, 2005, and returning on April 5, 2005; the full details of his itinerary to be provided to Pretrial Services.

As grounds hereof, defendant states that he wishes to take a short vacation before being sentenced on June 9, 2005.

Assistant United States Attorney Brian T. Kelly and US Pretrial Services Officer September-Lee Brown have informed undersigned counsel that they do not oppose allowance of this motion.

By his attorney,

March 18, 2005

/s/  Francis J. DiMento
Francis J. DiMento
BBO# 125000
DiMENTO & SULLIVAN
7 Faneuil Marketplace
Boston, MA  02109
(617) 523-2345