```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.  ) | Crim. No. 04-10151-GAO |
| ) | |
| JOSEPH "GUCCI" FILIPE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S SUBMISSION RE:PRESENTENCE REPORT**

With respect to the recently issued Presentence Report, the government submits the following:

(1) The government agrees that U.S.S.G. §§ 2J1.3(c)(1) and 2X3.1(a)(1) are the appropriate guidelines to be utilized (PSR ¶¶20-21);

(2) The government does not agree that Timothy Mello's offense level was 38 (PSR ¶24). As evidenced by the judgement attached hereto as Exhibit A, the Honorable Patti B. Saris determined Mello's total offense level to be 33;

(3) In light of (2) above, the adjusted offense level should be 27 rather than 30 (PSR ¶25) and the total offense level should therefore be 24 rather than 27 (PSR 32);

(4) The government agrees that defendant Filipe has accepted responsibility for his conduct and merits a 3 level decrease (PSR ¶31) pursuant to U.S.S.G. ¶3E1.1(a) and (b);

(5) Assuming a criminal history category of II (PSR 50), and assuming the cross reference to Timothy Mello's offense level is

appropriate, the applicable guideline sentencing range should be 57 to 71 months' incarceration rather than 78 to 97 months' incarceration (PSR 111).

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

Dated: May 19, 2005           By: /s/ Brian T. Kelly
                                                        BRIAN T. KELLY
                                                        Assistant U.S. Attorney