# UNITED STATES DISTRICT COURT
### District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>TIMOTHY MELLO | STATEMENT OF REASONS<br><br>Case Number: 1: 02 CR 10268 - 001 - PBS<br>Anthony Cardinale, Esq.<br>Defendant's Attorney |

[x] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

[ ] See Continuation Page

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 33 |
| Criminal History Category: | VI |
| Imprisonment Range: | 235 to 240 months |
| Supervised Release Range: | 2 to 3 years |
| Fine Range: | $ $17,500.00 to $ $175,000.00 |

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 00/00/56
Defendant's USM No.: 24463-038
Defendant's Residence Address:
1224 Old Fall River Road
North Dartmouth, MA 02746

05/24/04
Date of Imposition of Judgment

/s/ Patti B. Saris
Signature of Judicial Officer

The Honorable Patti B. Saris
Judge, U.S. District Court
Name and Title of Judicial Officer

5/25/04
Date

Defendant's Mailing Address:

same